*36 Vroom.*                    State v. Brown.

---

THE STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. HENRY BROWN, PLAINTIFF IN ERROR.

Submitted December 11, 1900—Decided January 12, 1901.

On error to the Supreme Court.

For the plaintiff in error, *Samuel F. Bigelow.*

For the defendant in error, *Louis Hood.*

PER CURIAM.

The judgment of the Supreme Court is affirmed, for the reasons given in the opinion of the Supreme Court delivered by Mr. Justice Lippincott.    35 *Vroom* 414.

*For affirmance*—DIXON, COLLINS, GARRETSON, BOGERT, KRUEGER, HENDRICKSON, ADAMS, VREDENBURGH, VOORHEES.    9.

*For reversal*—None.